MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| LIDIA CISNEROS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-01366-SKO<br><br>**STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTER JUDGMENT**<br><br>(Doc. 13) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will assign this case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to fully develop the record, including, but not limited to, give further consideration to the medical opinions of record, including that of Idelfonso Cruz, M.D.; reevaluate the claimant's residual functional capacity; and obtain vocational expert evidence, if necessary.

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: June 19, 2018    NEWEL LAW

By: */s/ Melissa Newel by C.Chen\**
MELISSA NEWEL
(*as authorized via email on 6/19/2018)

Dated: June 19, 2018    MCGREGOR W. SCOTT
United States Attorney

By: */s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Based upon the parties' above Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Enter Judgment ("Stipulation to Remand") (Doc. 13), and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to (1) enter judgment in favor of Plaintiff Lidia Cisneros and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and (2) administratively close this file.

IT IS SO ORDERED.

Dated: **June 20, 2018**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE