Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94704
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
LIDIA CISNEROS

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
CAROLYN B. CHEN
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8956
Carolyn.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA CISNEROS, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:17-CV-1366 (SKO) <br><br> **STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))** <br><br> (Doc. 16) |

| | |
|---|---|
| 1 | |
| 2 | IT IS HEREBY STIPULATED by and between the parties, through their undersigned |
| 3 | attorneys, subject to the approval of the Court, that Lidia Cisneros (Plaintiff) be awarded attorney |
| 4 | fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 (d), in the |
| 5 | amount of two thousand six hundred twenty-one dollars and eighty-four cents ($2,621.84). This |
| 6 | represents compensation for legal services rendered on behalf of Plaintiff by counsel in |
| 7 | connection with this civil action, in accordance with 28 U.S.C. §2412 (d). |
| 8 | After the Court issues an Order for EAJA fees to Plaintiff, the government will consider |
| 9 | the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.* |
| 10 | *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the |
| 11 | attorney fees are subject to any offset allowed under the United States Department of the |
| 12 | Treasury's Offset Program. After the Order for EAJA fees is entered, the government will |
| 13 | determine whether they are subject to any offset. |
| 14 | Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines |
| 15 | that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the |
| 16 | payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively |
| 17 | "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments |
| 18 | made shall be delivered to Plaintiff's counsel. |
| 19 | This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA |
| 20 | attorney fees and does not constitute an admission of liability on the part of Defendant under |
| 21 | EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any |
| 22 | and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees |
| 23 | and expenses in connection with this action. |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: September 12, 2018 NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
LIDIA CISNEROS

Dated: September 19, 2018 PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: Carolyn B. Chen*
CAROLYN B. CHEN
(*Authorized by email dated 09/18/2018)
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' above "Stipulation for Award and Payment of Attorney's Fees Pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)" (the "Stipulation") (Doc. 16), IT IS ORDERED that fees in the amount of two thousand six hundred twenty-one dollars and eighty-four cents ($2,621.84) as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **September 21, 2018**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE